## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| AMERICAN HONDA FINANCE | : | |
| CORPORATION, | : | |
| a California Corporation, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No. 5:20-cv-01896-JMG |
| | : | |
| HOLLINGER, INC., | : | |
| a Pennsylvania Corporation, | : | |
| Defendant. | : | |

---

### ORDER

**AND NOW**, this 20th day of August, 2021, upon consideration of Plaintiff's Motion for Entry of Default Judgment (ECF No. 9), and for the reasons set forth in the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion is **GRANTED**;

2. Judgment is entered in favor of Plaintiff against Defendant for $85,601.84 in damages, plus interest, pursuant to the agreements between the Parties; and

3. Judgment is entered in favor of Plaintiff against Defendant for $7,483.09 in reasonable attorney's fees and costs, pursuant to the agreements between the Parties.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge